IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OLIVIA MAGALLANES, | No. 2:11-CV-3403-CMK-P |
| Petitioner, | |
| vs. | <u>ORDER</u> |
| IMMIGRATION AND CUSTOMS ENFORCEMENT, | |
| Respondent. | |

    Petitioner, a prisoner proceeding pro se, brings this petition for a writ of habeas corpus, apparently challenging an order of deportation. Petitioner contends that the continued confinement and eventual deportation violates a presidential amnesty.

    This action appears to seek review of a final decision of Immigration and Customs Enforcement and, as such, should proceed in the Ninth Circuit Court of Appeals as an original petition for review. Pursuant to 28 U.S.C. § 1631, this action is transferred to the Ninth Circuit Court of Appeals.

    IT IS SO ORDERED.

DATED: August 8, 2012

                                                  **CRAIG M. KELLISON**
                                                  UNITED STATES MAGISTRATE JUDGE